

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| Jerry Lynn McGavitt, | § | No. 08-17-00168-CR |
| Appellant, | § | Appeal from the |
| v. | § | 34th District Court |
| The State of Texas, | § | of El Paso County, Texas |
| State. | § | (TC# 20140D05274) |
|  | § |  |

**O R D E R**

The Court GRANTS the Appellant's Reply Brief third motion for extension of time within which to file the brief until **October 8, 2018**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Justo Fernandez-Gonzalez, the Appellant's Attorney, prepare the Appellant's reply brief and forward the same to this Court on or before October 8, 2018.

IT IS SO ORDERED this 11th day of September, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.